LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
1420 E. Cooley Dr., Suite 100
Colton, California 92324
Telephone: (909) 796-4560
Facsimile: (909) 796-3402
E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JOERENZE TUCKER,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner Of Social Security,<br><br>    Defendant. | No. EDCV 11-1237 E<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND FOUR HUNDRED AND ELEVEN DOLLARS AND 51/100 ($2,411.51) subject to the terms of the stipulation.

DATE: 4/24/12

HON. CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

-1-